ACCEPTED
01-14-00930-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:44:46 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-14-00930-CR
## IN THE COURT OF APPEALS FOR THE
## FIRST SUPREME JUDICIAL DISTRICT
## AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 1:44:46 PM
CHRISTOPHER A. PRINE
Clerk

## BRIDGET RENAE MILLER v. THE STATE OF TEXAS

## STATE'S MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

COMES NOW THE STATE OF TEXAS, by and through the Criminal District Attorney of Brazoria County, Texas, and presents its Motion for Extension of Time to File State's Brief and in support thereof would show the following:

### I.

A.  TRIAL COURT: Style of case, cause number and trial court.

　　1. Trial Court:　　239th District Court, Brazoria County, Texas

　　2. Style of Case:　　Bridget Renae Miller v. The State Of Texas

　　3. Cause No.　　74,232

B.  CHARGES:　　Injury to a Child

C.  DEADLINE FOR FILING:  June 3, 2015

D.  LENGTH OF TIME REQUESTED FOR EXTENSION:

　　90 days until September 3, 2015. This period of time is requested because counsel is currently working on a very involved capital murder appeal.

E.  PREVIOUS NUMBER OF EXTENSIONS GRANTED:

　　None

## II.

Below, I have listed my recently completed projects and projects due in the near future:

**RECENTLY COMPLETED MAJOR PROJECTS**

- Presenting argument, preparing trial brief, preparing findings of fact in the motion for new trial on *State v. Niare Lyte*, cause no. 69744. Hearing was held February 2, 2015.

- Presenting testimony, cross examining witnesses, preparing answer, and preparing findings of fact for the writ of habeas corpus on *Ex parte Jordan Nichols*, no. 19414R-A on February 26, 2015.

- Presenting oral argument before the Court of Criminal Appeals in cause no. PD-0857-14, *State v. Kenneth Douds* on March 18, 2015.

- Evidentiary submission April 6, 2015 in writ of habeas corpus *Ex parte Justin Saathoff*, no. 68081-A.

- Evidentiary submission May 13, 2015 in writ of habeas corpus *Ex parte Jose Lomeli*, no. 71293-A.

- Attended Appellate Seminar May 27-29 2015.

- Over the last month, preparing and filing an answer and findings in an additional writ of habeas corpus; preparing research for the District Attorney and trial counsel on a number of occasions; various administrative matters, and presenting new case appellate opinions for two staff meetings.

**MAJOR PROJECTS DUE IN NEAR FUTURE**

- Brief on *capital murder* case *James Harris, Jr. v. State of Texas*, no. AP-77,029. The Appellant in that case has filed a 63 page brief, presenting ten points of error, including eight points of error regarding the voir dire. The overall Reporter's Record consists of 87 volumes. The brief is due June 3, 2015, but a motion for

extension will be filed. This attorney is also responsible for handling the 11.071 writ when it is filed.

- Brief due on ***Bridget Miller v. State***, 01-14-00930-CR, on June 3, 2015 (current case).

***In addition to the above major projects this attorney is responsible for the more minor, but nonetheless time consuming day to day work, set out below.***

I am responsible for handling felony, misdemeanor, and juvenile appeals; 11.07, 11.09, 11.071, and 11.072 writs of habeas corpus; reviewing mandated cases to verify the defendants' sentencing setting; motions for DNA testing; continuing legal education for the trial attorneys; and aiding trial counsel and the District Attorney in legal research immediately before and during trial. This Motion is made so that justice may be done in this cause, and not for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, the State prays that the Court grant this Extension of Time to File State's Brief.

Respectfully submitted,

/S/ David Bosserman

DAVID BOSSERMAN
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas   77515
(979) 864-1232;
fax (979) 864-1525
Bar Card No. 02679520
davidb@brazoria-county.com

THE STATE OF TEXAS                    §
COUNTY OF BRAZORIA                §

BEFORE ME, the undersigned authority, on this day personally appeared DAVID BOSSERMAN, Attorney for the State herein, and states on his oath that he has read all of the foregoing document and allegations of fact contained therein, and states he knows that within his own knowledge, the same are true and correct.


/S/  David Bosserman
DAVID BOSSERMAN


SUBSCRIBED TO AND SWORN TO BEFORE ME, on this the 2nd day of June, 2015 to certify which, witness my hand and seal of office.


/S/  Myrlin Lesikar
NOTARY PUBLIC
My Commission Expires 2-28-17


CERTIFICATE OF SERVICE

The undersigned Attorney for the State of Texas certifies that a true copy of this motion was served by e-filing or hand delivery in accordance with Rule 9.5 of the Rules of Appellate Procedure on Appellant's attorney, John Davis who offices at 205 N. Chenango, Angleton, Texas 77516-0787, Texas on  this 2nd day of June 2015.


/S/  David Bosserman
DAVID BOSSERMAN